UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>EATON PACIFIC, INC.,<br><br>        Defendant. | Case No. 4:20-cv-07369-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 90 DAYS**<br><br>Re: Dkt. No. 9 |

On May 26, 2021, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 90 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: May 28, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge